No. 04M56.  HAMRICK *v.* BUSH, PRESIDENT OF THE UNITED STATES, ET AL.  Motion for leave to proceed as a seaman denied.

No. 03–9877.  CUTTER ET AL. *v.* WILKINSON, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, ET AL.  C. A. 6th Cir.  [Certiorari granted, *ante,* p. 924.]  Motion of the Acting Solicitor General for divided argument granted.

No. 04–277.  NATIONAL CABLE & TELECOMMUNICATIONS ASSN. ET AL. *v.* BRAND X INTERNET SERVICES ET AL.; and

No. 04–281.  FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* BRAND X INTERNET SERVICES ET AL.  C. A. 9th Cir.  [Certiorari granted, *ante,* p. 1018.]  Motion of the Acting Solicitor General for divided argument granted.

No. 04–278.  TOWN OF CASTLE ROCK, COLORADO *v.* GONZALES, INDIVIDUALLY AND AS NEXT BEST FRIEND OF HER DECEASED MINOR CHILDREN, GONZALES ET AL.  C. A. 10th Cir.  [Certiorari granted, *ante,* p. 955.]  Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 04–607.  LABORATORY CORPORATION OF AMERICA HOLDINGS, DBA LABCORP *v.* METABOLITE LABORATORIES, INC., ET AL.  C. A. Fed. Cir.  The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States limited to the following question: "Respondent's patent claims a method for detecting a form of vitamin B deficiency, which focuses upon a correlation in the human body between elevated levels of certain amino acids and deficient levels of vitamin B.  The method consists of the following: First, measure the level of the relevant amino acids using any device, whether the device is, or is not, patented; second, notice whether the amino acid level is elevated and, if so, conclude that a vitamin B deficiency exists.  Is the patent invalid because one cannot patent 'laws of nature, natural phenomena, and abstract ideas'?  *Diamond* v. *Diehr,* 450 U. S. 175, 185 (1981)."